JOHN P. KRISTENSEN (SBN 224132)
DAVID L. WEISBERG (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*

*Attorneys for Plaintiff and all others similarly situated*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL MANAPOL, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>TINDER, INC., a California business entity; MATCH.COM, LLC, a Texas limited liability corporation; IAC/INTERACTIVECORP. A New York corporation; and DOES 1 through 20, inclusive, and each of them,<br><br>   Defendants. | Case No. 2:15-cv-03175<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. Pro., Rule 41(a)(1)(A)(i)] |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil

Case 2:15-cv-03175-SVW-JPR   Document 15   Filed 07/21/15   Page 2 of 2   Page ID #:79

1  Procedure, Rule 41(a)(1)(A)(i), Plaintiff Michael Manapol dismisses this action
2  **without prejudice**.  This notice is being filed and served prior to defendants
3  Tinder, Inc., Match.com, LLC, and IAC/INTERACIVECORP being served with
4  the Summons and Complaint and prior to Defendant filing an answer, motion for
5  summary judgment or motion to dismiss.  Although this case was filed as a class
6  action, no class has been certified, and court approval of this voluntary dismissal
7  is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Dated: July 21, 2015                     Respectfully submitted,

                                         By:  */s/ John P. Kristensen*

                                         John P. Kristensen (SBN 224132)
                                         *john@kristensenlaw.com*
                                         David L. Weisberg (SBN 211675)
                                         *david@kristensenlaw.com*
                                         **KRISTENSEN WEISBERG, LLP**
                                         12304 Santa Monica Blvd., Suite 100
                                         Los Angeles, California 90025
                                         Telephone:  (310) 507-7924
                                         Fax:  (310) 507-7906

                                         Attorneys for Plaintiffs

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
PURSUANT TO FRCP RULE 41(A)(1)(A)(I)**
-2-